IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARY HOLLY, | CASE NO. 3:16-CV-0009 |
| Plaintiff, | JUDGE |
| vs. | |
| WALMART REAL ESTATE TRUST, *et al.*, | |
| Defendants. | **DEFENDANT WAL-MART STORES EAST, LP'S NOTICE OF REMOVAL** |

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

1. Defendant Wal-Mart Stores East, LP, improperly designated as Walmart Real Estate Business Trust and Walmart Corporate Office in Plaintiff's Compliant ("Wal-Mart), is a Defendant in a civil action brought against it in the Court of Common Pleas for Allen County, Ohio, styled *Mary Holly v. Walmart Real Estate Business Trust, et al.*, Case No. CV2015 0735. Copies of all process and pleadings in that action are attached hereto, pursuant to 28 U.S.C. §1446(A).

2. Said action was commenced by service of the Complaint on Wal-Mart on December 28, 2015.

3. Plaintiff is a resident of the State of Ohio.

4. Wal-Mart is a limited liability company organized, registered and existing under the laws of the State of Delaware and has its principal place of business in Arkansas.

5. The within lawsuit is a controversy between citizens of different states, as to give rise to complete diversity of citizenship within the meaning of 28 U.S.C. §1332.

6. Plaintiff demands judgment against Wal-Mart in an amount in excess of $25,000.00. Wal-Mart has requested that Plaintiff stipulate that Plaintiff's damages do not exceed $75,000.00. However, Plaintiff will not agree to any such stipulation. As such, it is Wal-Mart's good faith belief that the amount in controversy exceeds the jurisdictional amount of $75,000.00, exclusive of interest and costs, if all of its defenses fail and if Plaintiff proves all of its claimed damages as alleged in the Complaint.

7. This is a civil action brought in a state court in which the United States District Court has original jurisdiction because of diversity of citizenship, and Wal-Mart is not a citizen of the State of Ohio, in which this action was brought.

8. Written notice of removal of this action has been given simultaneously herewith to Plaintiff's counsel and the Clerk of Courts for Allen County, Ohio.

WHEREFORE, Defendant Wal-Mart Stores East, LP hereby removes this action from the Court of Common Pleas for Allen County, Ohio, to this Court, pursuant to 28 U.S.C. §1441.

Respectfully submitted,

/s/ Nicholas P. Resetar
Bradley A. Wright (0047090)
bwright@ralaw.com
Nicholas P. Resetar (0086507)
nresetar@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
Telephone: 330.376.2700
Facsimile: 330.376.4577
ATTORNEYS FOR DEFENDANT
WAL-MART STORES EAST, LP

## **PROOF OF SERVICE**

I hereby certify that on this 4th day of January. 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Nicholas P. Resetar*
Bradley A. Wright
Nicholas P. Resetar

10090784_1