It is so ordered.

s/James G. Carr
Sr. United States District Judge

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **MARY HOLLY** | * | Case No. 3:16-cv-00009 - JGC |
| Plaintiff, | * | JUDGE CARR |
| vs. | * | **DIMISSAL ENTRY WITH PREJUDICE** |
| **WAL-MART STORES EAST, LP BUSINESS TRUST, et al.,** | * | **Drew R. Massé (#0006665) GALLON, TAKACS, BOISSONEAULT** |
| | * | **& SCHAFFER, L.P.A.** dmasse@gallonlaw.com |
| Defendants. | * | 3516 Granite Circle Toledo, OH 43617 |
| | * | 419-843-2001 419-843-8022 |
| | * | Attorney for Plaintiff |
| | * | |

Now come the parties, by and through counsel and do hereby stipulate that the within matter is settled and dismissed with prejudice as to Defendant Wal-Mart Stores East, LP, improperly designated in the Complaint as Walmart Real Estate Business Trust and Walmart Corporate Office.

Respectfully submitted,

By: /s/ Drew R. Masse          By: /s/ Jessica Sloan (e-mail consent 1/31/18)
    Drew R. Masse                    Jessica Sloan
    Attorney for Plaintiff              Attorney for Defendant

1